**Order entered May 29, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00524-CV**
**No. 05-19-00525-CV**

**IN RE DARIO MOLINA, Relator**

**Original Proceeding from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-23109-R & F15-23232-R**

# ORDER
Before Justices Brown, Schenck, and Reichek

Based on the Court's opinion of this date, we **DISMISS** relator's May 3, 2019 petition for writ of mandamus.

/s/    DAVID J. SCHENCK
        JUSTICE